# *United States District Court*

FILED by _____ D.C.

JUN 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

## CRIMINAL COMPLAINT

LORI KOSTENKO
212 HALL AVE., APT. # 3
PERTH AMBOY, NJ 08861

CASE NUMBER: _____ 00-28-B55

(Name and Address of Defendant)

I. the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ JUNE 5, 2000 _____ in _BROWARD_____ County, in the

_Southern____ District of _____Florida____ defendant(s) did, (Track Statutory Language of Offense)
KNOWINGLY AND INTENTIONALLY POSSESS WITH INTENT TO DISTRIBUTE A SCHEDULE II CONTROLLED SUBSTANCE, THAT IS, A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE AND KNOWINGLY AND INTENTIONALLY IMPORT INTO THE UNITED STATES, FROM A PLACE OUTSIDE, JAMAICA, A SCHEDULE II CONTROLLED SUBSTANCE, THAT IS, A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE.

in violation of Title _21___ United States Code, Section(s) _841 (a)(1), 952 (a)_____

I further state that I am a(n) _Special Agent of the USCS_____ and that this complaint is based on the following
            Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:   [x] Yes   [ ] No

Signature of Complainant
DANIEL CARBONE, SPECIAL AGENT
UNITED STATES CUSTOMS SERVICE

Sworn to before me, and subscribed in my presence,

_JUNE 6, 2000_____   at _Ft. Lauderdale, FL_____
Date                                          City and State

BARRY S. SELTZER
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

**AFFIDAVIT**

1. I, Daniel Carbone, am a Special Agent with the United States Customs Service. I have been employed in various investigative roles within the Customs Service for approximately the past thirty years. My duties include the investigation of Federal narcotics offenses.

2 On June 5 2000, U.S Customs Inspectors in Fort Lauderdale, Florida, conducted an inbound inspection of passengers arriving into the United States at Fort Lauderdale International Airport from Jamaica, on board Air Jamaica Flight 087. One of the passengers inspected was Lori Kostenko, a U.S. citizen.

3. When questioned by a Customs Inspector during examination, Kostenko gave inconsistent answers to questions. Subsequently, a U.S. Customs canine alerted to the presence of narcotics on Kostenko and she was informed that a pat-down search of her person would be performed. Prior to Customs Inspectors performing a pat down search, Kostenko admitted to transporting cocaine vaginally.

4. Kostenko voluntarily removed a foreign object from her vagina which Customs Inspectors probed and found a white substance. Customs Inspectors field tested the white substance which proved positive for cocaine.

The total weight of cocaine was approximately 1.29 pounds.

FURTHER AFFIANT SAYETH NAUGHT

DANIEL CARBONE, Special Agent
United States Customs Service

Sworn and subscribed to before
me this _____ day of June 2000

Barry S. Seltzer
United States Magistrate Judge