UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4128-BSS

UNITED STATES OF AMERICA,
   Plaintiff,

v.

Lorie Kostenko
   Defendant.

ORDER ON INITIAL APPEARANCE

Language __English__

Tape No. 00- _245_

AUSA __Stefin__

Agent _____

The above-named defendant having been arrested on  __6-5-00__ , having appeared before the court for initial appearance on  __6-7-00__
and proceedings having been held in accordance with _____, it is thereupon
ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address _____
   Zip Code _____

2. _Federal Public Defender_ (_Tim Swanson_) appointed as permanent/temp.
   Address _____
   Zip Code _____  Telephone _____

3. The defendant shall _____

4. Arraignment/Preliminary/~~Removal/Identity~~ Hearing is set for: __6-16-00__

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for _____, 20__

6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. 3142:
   __$100,000 PSB Surety Bond Recommended.__
   __Bond Hrg  6-8-00__

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: ____ times a week by phone ____ times a week in person; other _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew. _____

- 1 -

___ 1  Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest   _____

On Warrant   _____

After Hearing   _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this ___ 7 day of _____ June ___, 20 __ 00

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD F M-1
Rev 01 00