UNITED STATES DISTRICT COURT
Southern District of Florida

60757-004

UNITED STATES OF AMERICA
Plaintiff

Case Number: CR 00-468-BSS

FILED by _____ D.C.
JUN 7 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

V.S.

REPORT COMMENCING
CRIMINAL ACTION

LORI KOSTENKO
Defendant

TO: Clerk's Office       Miami      Ft. Lauderdale      W. Palm Beach
    U.S. District Court              (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 6/5/00  1520 hrs

(2) Language Spoken: English

(3) Offense(s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen    (✓) Yes    ( ) No    ( ) Unknown

(5) Date of Birth: 03/04/77

(6) Type of Charging Document: (Check One)
    ( ) Indictment    ( ) Complaint    (To be filed/Already filed

    CASE# _____
    ( ) Bench Warrant for Failure to Appear
    ( ) Probation Violation Warrant
    ( ) Parole Violation Warrant

    Originating District: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES  (✓) NO

Amount of Bond: $ _____ Who set Bond: _____
(7) Remarks: _____

(8) Date: 6/5/00  (9) Arresting Officer: DANIEL CARBONE
(10) Agency: U.S. CUSTOMS SERVICE  (11) PHONE: 954 921-3509
(12) Comments: _____