| | | | |
|---|---|---|---|
| DEFT: | Lori Kostenko (J)# | CASE NO: | 00-4128-BSS |
| AUSA: | Roger Stefin present | ATTNY: | Sam Smargon |
| AGENT: | | VIOL: | 21:841,952 |
| PROCEEDING: | Initial Appearance | BOND REC: | $100,000 Cop Surety |

BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: ___
12) ___ Halfway House ___
___ Electronic Monitoring

FILED by ___ D.C.
JUN 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

X - advised of charges.
X - sworn for counsel
No Bond hrg held

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING:  6-8-00   11:00am   BSS
PRELIM/ARRAIGN. REMOVAL:  6-16-00   11:00am   BSS
STATUS CONFERENCE: ___

DATE: 6-7-00   TIME: 11:00am   TAPE # 00-045   PG # 5
3094—