COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER    FORT LAUDERDALE

DEFT: Lori Kostenko (J)#    CASE NO: 00-4128-BSS
AUSA: Roger Stefin  present    ATTNY: FPD Sidwell for Smargon
AGENT: _____    VIOL: _____
PROCEEDING: Bond Hearing    BOND REC: OSB w/ nebbia
BOND HEARING HELD - yes/no (no circled)    COUNSEL APPOINTED: _____
___ BOND SET @ _____

FILED BY ___ D.C.
JUN 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
___ Electronic Monitoring _____

No Bond hrg held -
D-defers bond
hearing until
a later date
at request of
FPD: Smargon

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 6-8-00    TIME: 11:00am    TAPE # 00-046    PG # 9
1280-1306