RHS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00 - 6164 CR - DIMITROULEAS**

CASE NO: _____

21 U.S.C. §952(a)
21 U.S.C. §841(a)(1)
18 U S C §2

**MAGISTRATE JUDGE
SNOW**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LORI KOSTENKO,

    Defendant.
_____/



FILED by ___
JUN 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about June 5, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## LORI KOSTENKO,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a) and Title 18, United



States Code, Section 2.

## COUNT II

On or about June 5, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### LORI KOSTENKO,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, this is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROGER H. STEFIN
UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: ___LORI KOSTENKO_____  No.: _____

**Count #:1**
Importation of Cocaine

Title 21, United States Code, Section 952 (a),

*Max. Penalty:  40 years' Imprisonment; and a  $2,000,000 fine

**Count #: 2**
Possession of Cocaine with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

* Max. Penalty: 40 years' Imprisonment; and a  $2,000,000 fine

**Count #: 3**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

1 of 1
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| LORI KOSTENKO | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)   Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

___ Miami   ___ Key West
X   FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter.   (Yes or No) NO
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days   | X___ | Petty    | ___ |
   | II  | 6 to 10 days  | ___  | Minor    | ___ |
   | III | 11 to 20 days | ___  | Misdem.  | ___ |
   | IV  | 21 to 60 days | ___  | Felony   | X___ |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court?   (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) YES
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 06/05/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___ NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

_____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0287334

*Penalty Sheet(s) attached                                   REV.4/7/99