-cr-06164-WPD MAG Document 9 BAIL Entered on FLSD Docket 06/19/2000 P

DEFT: Lori Kostenko (J)#

CASE NO: 00-6164-CR C mithaulies
~~00-4128-BSS~~

AUSA: Roger Stefin *full from*

ATTNY: FPD *Kanyi Wilcox*

AGENT: _____

VIOL: _____

PROCEEDING: ~~Prelim~~/Arraignment

BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

FILED by ____ D.C.

____ BOND SET @ _____

JUN 1 6 2000

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
_____ Electronic Monitoring

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____ 6-2-00 _____ 11:00 a.m. _____ Snow

DATE: 6-16-00    TIME: 11:00am    TAPE # 00-05 PG #

3:29 - 3: