FILED by _____ D.C.
JUN 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6164-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs
Lori Kostenko

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry
Seltzer on 6-16-00 , where the Defendant was arraigned and
plea of NOT GUILTY was entered. Defendant and court-appointed/retain
counsel of record will be noticed for trial by the District Court Jud
assigned to this case. The following information is current as of this dat

DEFENDANT:   Address: In Custody

Telephone: _____

DEFENSE COUNSEL:   Name: FPD

Address: _____

Telephone: _____

BOND SET/CONTINUED:   $ Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this 16 day of June , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-051

cc: Clerk for Judge
    U. S. Attorney