RHS:rhs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6164-CR-DIMITROULEAS

Magistrate Judge Snow

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LORI KOSTENKO,

        Defendant.
_____/

**NIGHT BOX FILED**
**JUN 1 9 2000**

CLARENCE MADDOX
ERK, USDC / SDFL / FTL

## NOTICE OF UNAVAILABILITY

Undersigned counsel for the United States of America hereby serves notice that he will be unavailable for trial or other proceedings in this matter during the below stated periods, due to his scheduling of pre-paid annual leave:

    June 28 -July 12, 2000

    July 24- July 28, 2000

1



Wherefore, undersigned counsel respectfully requests that no proceedings be scheduled in this matter during the above time periods.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO: 0287334
500 EAST BROWARD BLVD., STE 700
FORT LAUDERDALE, FLORIDA 3394
(954) 356-7255
FAX (954) 356-7336

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by United States mail on this ____ day of June, 2000, to: Patrick M. Hunt, Assistant Federal Public Defender, 101 N.E. 3rd Ave., Suite 202, Fort Lauderdale, FL 33301.

ROGER H. STEFIN
Assistant United States Attorney