UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6164-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

LORI KOSTENKO,                  :

    Defendant.              :
_____

FILED by ___ D.C.
JUL 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STATUS REPORT

A status conference was held in this cause on June 30, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 30th day of June, 2000.

                        /s/ Lurana S. Snow
                        LURANA S. SNOW
                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Stefin (FTL)
AFPD Patrick Hunt (FTL)

