HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __HUSSAIN EL KAMLICHI__   CASE NO: __00-6098-CR-ZLOCH__
AUSA __STEVE PETRI__ / Rice   ATTY FPD __- Hunt__
Disc out - possible plea - no pending motions

00-037
C 1174

DEFT __CARLA KNIGHT__   CASE NO: __00-6159-CR-FERGUSON__
AUSA __KATHLEEN RICE__ / Rice   ATTY FPD __- Hunt__
Disc out - possible plea - No pending motion

C 1199

DEFT __DOREEN JORDAN__   CASE NO: __00-6160-CR-ZLOCH__
AUSA __DON CHASE__  pu   ATTY FPD __- Bidwell__
Disc out - possible plea -

C 1219 ✓

DEFT __LORI KOSTENKO__   CASE NO: __00-6164-CR-DIMITROULEAS__
AUSA __ROGER STEFIN__ / Rice   ATTY FPD __- Hunt__
Disc out - possible plea. No pending motion

C 1254

DEFT __RAYMOND HICKS__   CASE NO: __00-6162-CR-ROETTGER__
AUSA __KATHLEEN RICE__ / pu   ATTY __MARTIN FEIGENBAUM, ESQ.__ pre
Steven Kassner, Esq. for Earl Parker
FPD for Sam Jones - Cat Hunt Aug 1
DEFT __Disc out - 2 weeks for motions__   CASE NO: _____
AUSA _____   ATTY _____

C 1280

DATE __6/30/00__   TIME __11:00__

FILED by __AV__ D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.