**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6164-CR-WPD  DATE: 7/14/00

COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Lori Kostenko (J)

U.S. ATTORNEY: Roger Stefin   DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Calendar Call

RESULT OF HEARING: Deft will plea: change of plea set for 7/20/00 @ 9:00 A.M.

JUDGMENT: _____

CASE CONTINUED TO: 7/20/00   TIME: 9:00   FOR: Change of Plea

MISC: _____

