## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6164-CR-WPD    DATE: 7/20/00

COURTROOM CLERK: ~~Karen A. Carlton~~ D. McIntosh    COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    LORI KOSTENKO (J)

U.S. ATTORNEY: Roger Stefin    DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft pled guilty to Counts 1+2 of the Indictment

JUDGMENT: _____

CASE CONTINUED TO: 9/29/00    TIME: 10:45    FOR: Sentencing

MISC: _____

