**CRIMINAL MINUTES**
FILED SEP 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6164-CR-WPD    DATE: September 29, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Kori Kostenko

U.S. ATTORNEY: Roger Stefin    DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 30 months BOP, 4 years Supervised Release, No Fine, $100.00 Assessment. Court recommends Deft participate in BOP Boot Camp Program. Gvr dismisses Count 2.

JUDGMENT: Court grants 2 level reduction for minor participation.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.

